IN THE UNITED STATES DISTRICT COURT
OF THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



**CLARA SPENCER**                                                                  **PLAINTIFF**

VS.                                                          CAUSE NO: 3:05cv399-HTW-JCS

**SUMMIT ASSET MANAGEMENT, LLC,
ZENOBIA DRUMMER, RONNIE HARRIS
and TOM LAHRMAN**                                                         **DEFENDANTS**

### AGREED ORDER OF VOLUNTARY DISMISSAL

The Plaintiff through counsel, and Defendants Summit Asset Management, LLC, Zenobia Drummer, Ronnie Harris and Tom Lahrman, through counsel, having jointly agreed to and moved for entry of this Order voluntarily dismissing any and all claims against each such Defendant, and the Court having found such dismissal to be proper, IT IS HEREBY ORDERED that all claims asserted in this proceeding against Summit Asset Management, LLC, Zenobia Drummer, Ronnie Harris and Tom Lahrman are hereby dismissed with prejudice.

This the 31st day of May, 2006.

_____
CHIEF UNITED STATES DISTRICT JUDGE

SO AGREED:

_____
ALI M. SHAMSIDDEEN
*Attorney for Plaintiff*

_____
BRENDA CURRIE JONES
BARBARA CHILDS WALLACE
CORY L. RADICIONI
*Attorneys for Defendants*